IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHARON J. ROSS,

    Plaintiff,

v.                                                              4:17cv92-WS/CAS

NANCY A. BERRYHILL,
Acting Commissioner of the Social
Security Administration,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 26) docketed February 26, 2018. The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed. The plaintiff has filed no objections to the report and recommendation. The court being in accord with the magistrate judge's report and recommendation, it is

ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (doc. 26).

2. The Commissioner's decision to deny the plaintiff's application for benefits is AFFIRMED.

3. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED."

DONE AND ORDERED this   21st   day of    March   , 2018.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE